| | |
|---|---|
| Case No. **CV 20-1716-JFW(PJWx)** | Date: March 30, 2020 |

Title: Miriam Chavez, et al. -v- Coloplast Corp., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                       None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

     As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of February 25, 2020 and Plaintiff's failure to file a Second Amended Complaint by March 6, 2020, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for April 6, 2020, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

     IT IS SO ORDERED.